UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH CARTER,

    Plaintiff,   Case No. 1:20-cv-888

v.   Hon. Hala Y. Jarbou

STATE FARM FIRE & CASUALTY
COMPANY,

    Defendant.
_____/

## ORDER

Before the Court is the parties' Stipulation to Extend Case Management Order Dates (ECF No. 19).  Accordingly:

**IT IS ORDERED** that the parties' Stipulation to Extend Case Management Order Dates (ECF No. 19) is **GRANTED**.  Discovery cut-off is extended from May 3, 2021 to **August 31, 2021**.  Dispositive motion deadline is extended from July 2, 2021 to **October 31, 2021**.  All other dates remain as currently scheduled.

Dated:   April 20, 2021   /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    UNITED STATES DISTRICT JUDGE