UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH CARTER,

    Plaintiff,

v.

STATE FARM FIRE
AND CASUALTY COMPANY,

    Defendant.
_____/

Case No. 1:20-cv-00888
Hon. Hala Y. Jarbou
Mag. Judge Sally J. Berens

| MELAMED, LEVITT, MILANOWSKI & EARLS, P.C. | RIZZODAY, P.C. |
|---|---|
| By: Richard A. Levitt (P28073) | By: Devin R. Day (P60298) |
|  |     Brian J. Gallagher (P72712) |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| 26611 Woodward Avenue | 220 Lyon Street NW, Suite 200 |
| Huntington Woods, MI 48070 | Grand Rapids, MI 49503-2209 |
| T: (248) 591-5000/F: (248) 541-9456 | T: (616) 451-8111/F: (616) 451-8189 |
| ricklevitt@mlmepc.com | dday@rizzoday.com |
|  | bgallagher@rizzoday.com |

## **STIPULATION TO EXTEND CASE MANAGEMENT ORDER DATES**

    The parties, who are amicably and diligently participating in the discovery process, request that the Court allow an extension of the discovery deadline. This request is made as the parties require additional time to complete outstanding discovery, including obtaining subpoena responses and conducting depositions that have been delayed due to the unavailability of certain witnesses. The parties will continue to work together to resolve these outstanding issues; however, discovery in this matter will not be completed prior to the current discovery deadline.

    Subject to the approval of the Court, Plaintiff Elizabeth Carter and Defendant State Farm Fire and Casualty Company ("State Farm") agree to extend the deadlines entered in the Court's

April 20, 2021 Order **[PageID.71]**. The parties have agreed to extend the discovery period from the date previously set by the Court (August 31, 2021) and the ADR deadline set by the Court in the December 22, 2020 Stipulation and Order to Extend ADR Deadline **[PageID.67-68]** (August 31, 2021) by 90 days. Accordingly, the parties stipulate to amend the November 6, 2020 Corrected Case Management Order **[PageID.54-55]** and the April 20, 2021 Order as follows:

|  | Previous Date | New Date |
|---|---|---|
| Discovery Ends: | August 31, 2021 | November 29, 2021 |
| ADR to take place on or before: | August 31, 2021 | November 29, 2021 |
| Dispositive Motions Due: | October 31, 2021 | January 29, 2022 |
| Settlement Conference: | February 8, 2022 | |
| Final Pretrial Conference: | February 23, 2022 | |
| Trial: | March 15, 2022 | |

Respectfully submitted,

| | |
|---|---|
| MELAMED, LEVITT, MILANOWSKI & EARLS, P.C. | RIZZODAY, P.C. |
| /s/Richard A. Levitt | /s/Devin R. Day (w/permission) |
| By: Richard A. Levitt (P28073) | By: Devin R. Day (P60298) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 26611 Woodward Avenue | 220 Lyon Street NW, Suite 200 |
| Huntington Woods, MI 48070 | Grand Rapids, MI 49503-2209 |
| T: (248) 591-5000/F: (248) 541-9456 | T: (616) 451-8111/F: (616) 451-8189 |
| ricklevitt@mlmepc.com | dday@rizzoday.com |

Dated: July 26, 2021