UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH CARTER,

    Plaintiff,

v.

    Case No. 1:20-cv-888

STATE FARM FIRE AND CASUALTY
COMPANY,

    Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

Before the Court is the parties' Stipulation to Extend Case Management Order Dates (ECF No. 21).  Accordingly:

**IT IS ORDERED** that the parties' Stipulation to Extend Case Management Order Dates (ECF No. 21) is **GRANTED IN PART and DENIED IN PART**.  Discovery cut-off and the deadline for ADR are extended from August 31, 2021 to **September 30, 2021**.  Dispositive motion deadline is extended from October 31, 2021 to **November 20, 2021**.  There shall be no further adjournments.

Dated:  July 26, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE