UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH CARTER,

    Plaintiff,

v.

STATE FARM FIRE
AND CASUALTY COMPANY,

    Defendant.

Case No. 1:20-cv-00888
Hon. Hala Y. Jarbou
Mag. Judge Sally J. Berens

_____/

| MELAMED, LEVITT, MILANOWSKI & EARLS, P.C. | RIZZODAY, P.C. |
|---|---|
| By: Richard A. Levitt (P28073) | By: Devin R. Day (P60298) |
| |     Brian J. Gallagher (P72712) |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |
| 26611 Woodward Avenue | 220 Lyon Street NW, Suite 200 |
| Huntington Woods, MI 48070 | Grand Rapids, MI 49503-2209 |
| T: (248) 591-5000/F: (248) 541-9456 | T: (616) 451-8111/F: (616) 451-8189 |
| ricklevitt@mlmepc.com | dday@rizzoday.com |
| amberthomas@mlmepc.com | bgallagher@rizzoday.com |

_____/

## **STIPULATION TO EXTEND MOTIONS *IN LIMINE* DEADLINE**

The parties request the Court allow an extension of the deadline to file motions *in limine*. This request is made in light of Plaintiff's counsel being out of his office from January 21, 2022, through January 30, 2022, suffering from Covid-19. Following his negative Covid-19 test on January 31, 2022, he left the state on February 1, 2022, for a pre-paid trip to Florida through February 24, 2022. Due to technological problems, Plaintiff's counsel was unable to remotely access his office files and, candidly, was unaware of the February 2, 2022 filing deadline.

Subject to the approval of the Court, Plaintiff Elizabeth Carter and Defendant State Farm Fire and Casualty Company agree to extend the deadline entered in the Court's November 6, 2020

Corrected Case Management Order **[PageID.55]**. The parties have agreed to extend the date previously set by the Court (February 2, 2022) by seven (7) days (February 9, 2022). Accordingly, the parties stipulate to amend the Corrected Case Management Order as follows:

|  | Previous Date | New Date |
|---|---|---|
| Motions in Limine: | February 2, 2022 | February 9, 2022 |

Respectfully submitted,

| MELAMED, LEVITT, MILANOWSKI & EARLS, P.C. | RIZZODAY, P.C. |
|---|---|
| /s/Richard A. Levitt | /s/Devin R. Day (w/permission) |
| By: Richard A. Levitt (P28073) | By: Devin R. Day (P60298) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 26611 Woodward Avenue | 220 Lyon Street NW, Suite 200 |
| Huntington Woods, MI 48070 | Grand Rapids, MI 49503-2209 |
| T: (248) 591-5000/F: (248) 541-9456 | T: (616) 451-8111/F: (616) 451-8189 |
| ricklevitt@mlmepc.com | dday@rizzoday.com |

Dated: February 3, 2022