UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH CARTER,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.
_____/

Case No. 1:20-cv-888

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed the parties' Stipulation to Extend Motions in Limine Deadline (ECF No. 28),

**IT IS ORDERED** that the parties' stipulation (ECF No. 28) is **GRANTED**. Motions in limine are due by **February 9, 2022**. Responses, if any, are due no later than **February 16, 2022**.

Dated: February 3, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE