UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:20-cv-00888-HYJ | 2/8/2022 | 1:00 PM – 2:47 PM | Sally J. Berens |

### CASE CAPTION

| |
|---|
| Carter v. State Farm Fire & Casualty Company |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Joseph L. Milanowski | Plaintiff Elizabeth Carter |
| Devin Ross Gatfield Day | Defendant State Farm Fire & Casualty Company |

### PROCEEDINGS

**NATURE OF HEARING:** Settlement Conference held; to be continued 2/15/2022 at 10:30 AM by video.

Proceedings Not Recorded
Deputy Clerk: J. Norton