UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH CARTER,

      Plaintiff,

                                      Case No. 1:20-cv-888

v.

                                      Hon. Hala Y. Jarbou

STATE FARM FIRE AND CASUALTY
COMPANY,

      Defendant.

_____/

### <u>ORDER</u>

Before the Court is Defendant State Farm's Motion in Limine Regarding Non-Prosecution for Arson (ECF No. 26).  Plaintiff has responded and indicated that "Plaintiff does not intend to affirmatively argue that she was neither charged, nor convicted of arson.  Plaintiff does, however, contend that such evidence is admissible under certain circumstances, particularly in the event Defendant introduces it and Plaintiff wishes to follow up on it."  (ECF No. 30.)  Based on this,

**IT IS ORDERED** that Defendant State Farm's Motion in Limine Regarding Non-Prosecution for Arson (ECF No. 26) is **DENIED AS MOOT**.  If circumstances change during trial, the Court will rule on any evidentiary issues presented, at the appropriate time.

Dated:   <u>February 9, 2022</u>            <u>/s/ Hala Y. Jarbou</u>
                                           HALA Y. JARBOU
                                         UNITED STATES DISTRICT JUDGE