UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH CARTER,

       Plaintiff,                            Case No. 1:20–cv–888

v.                                          Hon. Ray Kent

STATE FARM FIRE & CASUALTY
COMPANY,

       Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

The Final Pretrial Conference and Jury Trial set in this matter for **February 23, 2022 and March 15, 2022** is hereby **adjourned without date pending further order of the court.**

                                           U.S. Magistrate Judge

Dated:  February 18, 2022       By:   /s/ Faith Hunter Webb_____
                                                      Judicial Assistant