UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____

ELIZABETH CARTER,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

Case No.  1:20-cv-00888

HON:  HALA Y. JARBOU

MAG: RAY KENT

---

| | |
|---|---|
| Richard A. Levitt (P28073) <br> Joseph L. Milanowski (P47335) <br> MELAMED, LEVITT, MILANOWSKI, & EARLS P.C. <br> 26611 Woodward Avenue <br> Huntington Woods, MI 48070 <br> T: (248) 591-5000  F: (248) 541-9456 <br> ricklevitt@mlmepc.com <br> joemilanowski@mdlmepc.com <br> Attorney for Plaintiffs | Devin Day (P60298) <br> Brian Gallagher (P72712) <br> RizzoDay, P.C. <br> 220 Lyon, NW, Suite 200 <br> Grand Rapids, MI 49503 <br> (616) 451-8111 <br> dday@rizzoday.com; bgallagher@rizzoday.com <br> Attorneys for Defendant |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONDING TO MOTIONS IN LIMINE**

---

    Subject to the approval of the Court, the parties agree that the deadline for Defendant to respond to Plaintiff's Motions in Limine shall be extended to a date to be determined by the Magistrate Judge.

    The parties, through their attorneys, have recently voluntarily consented to the referral of this civil action to a Magistrate Judge to conduct all proceedings through the completion of the matter including the jury trial and the entry of a final judgment. As such, this stipulation and order is being submitted for the Magistrate Judge's review.

| | |
|---|---|
| By:   __/s/ *Joseph L. Milanowski* ___<br>Joseph L. Milanowski (P47335)<br>MELAMED, LEVITT, MILANOWSKI,<br>& EARLS P.C.<br>26611 Woodward Avenue<br>Huntington Woods, MI 48070<br>T: (248) 591-5000  F: (248) 541-9456<br>joemilanowski@mdlmepc.com<br>Attorney for Plaintiff | __ /s/ *Brian J. Gallagher* ____<br>Brian J. Gallagher (P72712)<br>RizzoDay, P.C.<br>220 Lyon NW, Suite 200<br>Grand Rapids, MI 49503<br>(616) 451-8111/ (616) 451-8189 *fax*<br>dday@rizzoday.com<br>Attorney for Defendant State Farm |

*The signature of Mr. Milanowski was applied by Brian Gallagher, with express written consent of Mr. Milanowski on February 22, 2022.

    SO ORDERED:

Dated: _____          _____
                                                          Hon.