UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH CARTER,

       Plaintiff,                         Case No. 1:20-cv-888

v.                                        Hon. Ray Kent

STATE FARM FIRE & CASUALTY
COMPANY,

       Defendant.
_____/

**ORDER**

In accordance with the parties' stipulation (ECF No. 44), the deadline for filing responses to pending motions in limine is extended to **March 9, 2022.**

**IT IS SO ORDERED.**


Dated:  February 23, 2022                /s/ Ray Kent
                                                 RAY KENT
                                                 United States Magistrate Judge